IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 3:15-00009

CHRISTOPHER JERMAINE TAYLOR
    also known as "Phoenix"
    also known as "C-Murda"

**ORDER**

Pending before the Court is Defendant Christopher Jermaine Taylor's "Motion for Reduction in Sentence Pursuant to 3582(c)(1)(A)(i), 5H1.6, and Appointment of Counsel." ECF No. 144. In his Motion, Defendant argues that the recent death of his "spouse and caretaker of his two sons," Jaleesa L. Reynolds, is an "extraordinary and compelling reason" for a reduction in his sentence. *See id.* at 1. It is true that a court may reduce a term of imprisonment in certain circumstances if it finds that "extraordinary and compelling reasons warrant such a reduction." 18 U.S.C. § 3582(c)(1)(A)(i). It is similarly true that the Bureau of Prison Program Statement 5050.50 provides that "the death or incapacitation of [a] family member caregiver of an inmate's child" may warrant a reduction in sentence. *See Program Statement 5050.50*, at 7, *available at* https://www.bop.gov/policy/progstat/5050_050_EN.pdf. Yet this language does not entitle an inmate to relief, and is limited to situations where an inmate's child is "suddenly without a family member caregiver." *Id.* Here, Defendant's own motion makes clear that his children are in the care and custody of their grandmother, *see* ECF No. 144, at 10, and that various other family members are in the area and capable of providing financial assistance, *id.* at 8. While the Court is sympathetic to Defendant's predicament, "district courts may not alter a defendant's sentence after

it has been imposed" outside very narrow circumstances. *United States v. Jones*, No. 2:95-cr-00051-01, 2008 WL 4879375, at *2 (S.D.W. Va. Nov. 12, 2008). The circumstances here are not sufficiently "extraordinary and compelling" to justify a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A)(i), and so the Court **DENIES** Defendant's Motion, ECF No. 144, and **DIRECTS** the Clerk to send a copy of this Order to counsel and the defendant, the Unites States Attorney's Office, the United States Probation Office, and the United States Marshals Service.

      ENTER:    April 20, 2020

      _____
      ROBERT C. CHAMBERS
      UNITED STATES DISTRICT JUDGE